AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

One 2003 Range Rover automobile,
Maryland Tag ADD 545,
VIN: SALMB11423A110042

**APPLICATION AND AFFIDAVIT
FOR SEIZURE WARRANT**

CASE NUMBER:

I _____Debra L. Laprevotte_____ being duly sworn depose and say:

I am a(n) __Special Agent with the Federal Bureau of Investigation__ and have reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

One 2003 Range Rover automobile,
Maryland Tag ADD 545, VIN: SALMB11423A110042

which are (state one or more bases for seizure under the United States Code)

subject to forfeiture pursuant to Title 18, U.S.C. Section 981

concerning a violation of Title __18__ United States Code, Section(s) _1956, 1341 and 1343_. The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Michael A. Humphreys
Asset Forfeiture Unit/Criminal Division
(202) 514-7065

Signature of Affiant
Debra L. Laprevotte, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer         Signature of Judicial Officer